# EXHIBIT A

**MESCALL LAW, PC**
Attorneys at Law
80 Main Street, Suite 360
West Orange, New Jersey 07052
Telephone/Fax: (973) 669-3339

| | |
|---|---|
| DANNIE M. SANON,<br><br>Plaintiff,<br><br>-vs-<br><br>WAL-MART STORES, INC., JOHN DOE (1-10) (fictitious names representing unknown defendants who owned, operated, controlled, maintained the property), and ABC CORP. (1-10) (fictitious names representing unknown defendants who negligently maintained the property),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO: ESX-L-5821-26<br><br>CIVIL ACTION<br><br>**SUMMONS** |

From the State of New Jersey
To the Defendant(s) Named Above: WAL-MART STORES, INC.

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to the summons states the basis for this lawsuit. If you dispute this complaint, you or you attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above, Essex County Hall of Records, Room 237, 465 Dr. Martin Luther King Jr., Blvd., Newark, New Jersey 07102, within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided). If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, New Jersey 08625. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to the plaintiff=s attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights, you must file and serve a written answer or motion (with fee of $110.00 for Law Division or $105.00 for Chancery Division and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Michelle M. Smith, Esq.
Acting Clerk of Superior Court

Dated: July 24, 2026
Name of Defendant to be Served: WAL-MART STORES, INC.
Address of Defendant to be Served: c/o The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

MESCALL LAW, PC
Attorneys at Law
80 Main Street, Suite 360
West Orange, New Jersey 07052
Telephone/Fax: (973) 669-3339
Maximilian J. Mescall, ID#276882018
Email: mmescall@lawmescall.com
Attorneys for Plaintiff

| | |
|---|---|
| DANNIE M. SANON,<br><br>Plaintiff,<br><br>-vs-<br><br>WAL-MART STORES, INC., JOHN DOE (1-10) (fictitious names representing unknown defendants who owned, operated, controlled, maintained the property), and ABC CORP. (1-10) (fictitious names representing unknown defendants who negligently maintained the property),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO: ESX-L-<br><br>CIVIL ACTION<br><br>**COMPLAINT, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL** |

Plaintiff DANNIE M. SANON, currently residing at 55 Laventhal Avenue, in the Township of Irvington, County of Essex and State of New Jersey, by way of complaint against defendants herein, states as follows:

## COUNT ONE

1. On or about December 20, 2025, Plaintiff DANNIE M. SANON, was a lawful invitee at premises located at 900 Springfield Road, in the Township of Union, County of Union and State of New Jersey, when she was injured due to a dangerous condition on the premises.

2. On the aforesaid date, and at all other times relevant hereto, the Defendants WAL-MART STORES, INC., and JOHN DOE (1-10) (fictitious names representing unknown defendants), owned, operated, controlled, maintained and/or designed the aforesaid premises.

3. On the aforesaid date, and at all other times relevant hereto, the Defendants ABC CORP. (1-10) (fictitious names representing unknown defendants) negligently maintained the aforesaid premises at 900 Springfield Road, Union, New Jersey.

4. The defendants were so negligent as to cause and allow a dangerous condition to exist

which created a hazard to persons lawfully on or near the premises.

5. As a result of the negligence of these defendants, the plaintiff sustained severe and grievous personal injuries, and has endured and will in the future endure, great pain and suffering.

**WHEREFORE**, Plaintiff demands judgment against these defendants, jointly, severally and/or individually, for money damages, together with interest and costs of suit.

MAXIMILIAN J. MESCALL

Dated: July 21, 2026

**JURY DEMAND**

**PLEASE TAKE NOTICE** that plaintiff demands trial by jury as to all issues contained in this Complaint.

MAXIMILIAN J. MESCALL

Dated: July 21, 2026

**DESIGNATION OF TRIAL COUNSEL**

**PLEASE TAKE NOTICE** that James C. Mescall, Esq., is hereby designated as trial counsel in the above-captioned matter pursuant to Rule 4:25-4.

MAXIMILIAN J. MESCALL

Dated: July 21, 2026

**RULE 4:5-1 CERTIFICATION**

The matter in controversy of this action is not the subject of any other court or arbitration proceeding, nor is any other court or arbitration proceeding contemplated.

**I HEREBY CERTIFY** that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

MAXIMILIAN J. MESCALL

Dated: July 21, 2026

New Jersey Judiciary - Civil Practice Division

# Civil Case Information Statement (Civil CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed, or attorney's signature is not affixed.

**For Use by Clerk's Office Only**

| Payment type | Charge/Check Number | Amount | Overpayment | Batch Number |
|---|---|---|---|---|
| ☐ check ☐ charge ☐ cash | | $ | $ | |

| Attorney/Pro Se Name | Telephone Number | County of Venue |
|---|---|---|
| James C. Mescall, Esq. | (973) 669-3339 ext. | Essex |

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|
| MESCALL LAW, PC | |

| Office Address - Street | City | State | Zip |
|---|---|---|---|
| 80 Main Street, Suite 360 | West Orange | NJ | 07052 |

| Document Type | Jury Demand |
|---|---|
| Complaint | ■ Yes ☐ No |

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
|---|---|
| Dannie M. Sanon | Dannie M. Sanon vs. Wal-Mart Stores, Inc., et al |

Case Type Number (See page 3 for listing) 605

Are sexual abuse claims alleged? ☐ Yes ■ No

Does this case involve claims related to COVID-19? ☐ Yes ■ No

Is this a professional malpractice case? ☐ Yes ■ No

If "Yes," see N.J.S.A. 2A:53A-27 and applicable case law regarding your obligation to file an affidavit of merit.

Related Cases Pending? ☐ Yes ■ No

If "Yes," list docket numbers

Do you anticipate adding any parties (arising out of same transaction or occurrence)? ☐ Yes ■ No

Name of defendant's primary insurance company (if known) ☐ None ■ Unknown

**The Information Provided on This Form Cannot be Introduced into Evidence.**

**Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation**

Do parties have a current, past or recurrent relationship? ☐ Yes ■ No

If "Yes," is that relationship:

☐ Employer/Employee ☐ Friend/Neighbor ☐ Familial ☐ Business

☐ Other (explain) ____________________

Does the statute governing this case provide for payment of fees by the losing party? ☐ Yes ■ No

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition.

♿ Do you or your client need any disability accommodations? ☐ Yes ■ No

If yes, please identify the requested accommodation:

Will an interpreter be needed? ☐ Yes ■ No

If yes, for what language?

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).**

Attorney/Self-Represented Litigant Signature: ____________________

# Civil Case Information Statement (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1

CASE TYPES

(Choose one and enter number of case type in appropriate space on page 1.)

**Track I - 150 days discovery**

| | |
|---|---|
| 151 | Name Change |
| 175 | Forfeiture |
| 302 | Tenancy |
| 399 | Real Property (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | Book Account (debt collection matters only) |
| 505 | Other Insurance Claim (including declaratory judgment actions) |
| 506 | PIP Coverage |
| 510 | UM or UIM Claim (coverage issues only) |
| 511 | Action on Negotiable Instrument |
| 512 | Lemon Law |
| 801 | Summary Action |
| 802 | Open Public Records Act (summary action) |
| 804 | Election Law |
| 805 | Civil Commitment Expungement |
| 999 | Other (briefly describe nature of action) |

**Track II - 300 days discovery**

| | |
|---|---|
| 305 | Construction |
| 509 | Employment (other than Conscientious Employees Protection Act (CEPA) or Law Against Discrimination (LAD)) |
| 599 | Contract/Commercial Transaction |
| 603N | Auto Negligence – Personal Injury (non-verbal threshold) |
| 603Y | Auto Negligence – Personal Injury (verbal threshold) |
| 605 | Personal Injury |
| 610 | Auto Negligence – Property Damage |
| 621 | UM or UIM Claim (includes bodily injury) |
| 699 | Tort – Other |

**Track III - 450 days discovery**

| | |
|---|---|
| 005 | Civil Rights |
| 301 | Condemnation |
| 602 | Assault and Battery |
| 604 | Medical Malpractice |
| 606 | Product Liability |
| 607 | Professional Malpractice |
| 608 | Toxic Tort |
| 609 | Defamation |
| 616 | Whistleblower / Conscientious Employee Protection Act (CEPA) Cases |
| 617 | Inverse Condemnation |
| 618 | Law Against Discrimination (LAD) Cases |

| Track IV - Active Case Management by Individual Judge / 450 days discovery | |
|---|---|
| 156 | Environmental/Environmental Coverage Litigation |
| 303 | Mt. Laurel |
| 508 | Complex Commercial |
| 513 | Complex Construction |
| 514 | Insurance Fraud |
| 620 | False Claims Act |
| 701 | Actions in Lieu of Prerogative Writs |
| 816 | Affordable Housing |

| Multicounty Litigation (Track IV) | |
|---|---|
| 282 | Fosamax |
| 291 | Pelvic Mesh/Gynecare |
| 292 | Pelvic Mesh/Bard |
| 293 | DePuy ASR Hip Implant Litigation |
| 296 | Stryker Rejuvenate/ABG II Modular Hip Stem Components |
| 300 | Talc-Based Body Powders |
| 601 | Asbestos |
| 624 | Stryker LFIT CoCr V40 Femoral Heads |
| 626 | Abilify |
| 627 | Physiomesh Flexible Composite Mesh |
| 628 | Taxotere/Docetaxel |
| 629 | Zostavax |
| 630 | Proceed Mesh/Patch |
| 631 | Proton-Pump Inhibitors |
| 633 | Prolene Hernia System Mesh |
| 634 | Allergan Biocell Textured Breast Implants |
| 635 | Tasigna |
| 636 | Strattice Hernia Mesh |
| 637 | Singulair |
| 638 | Elmiron |
| 639 | Pinnacle Metal-on-Metal (MoM) Hip Implants |
| 640 | Bard Implanted Port Catheter Products |
| 641 | Sexual Abuse in Juvenile Detention Facilities Operated by the State of New Jersey |
| 642 | Roundup Products |
| 643 | GLP-1 Medications - Gastrointestinal Injuries |
| 644 | GLP-1 Medications - NAION Vision Loss |

If you believe this case requires a track other than that provided above, please indicate the reason on page 1, in the space under "Case Characteristics".

Select each applicable category:

☐ Putative Class Action ☐ Title 59 ☐ Consumer Fraud

☐ Medical Debt Claim

ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK NJ 07102

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (973) 776-9300
COURT HOURS 8:30 AM - 4:30 PM

DATE: JULY 21, 2026
RE: SANON DANNIE VS WAL-MART STORES, INC.
DOCKET: ESX L -005821 26

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS 300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON JEFFREY B. BEACHAM

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM 004 AT: (973) 776-9300 EXT 56425.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.

PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH R.4:5A-2.

ATTENTION:

ATT: JAMES C. MESCALL
MESCALL LAW PC
80 MAIN ST
STE 360
WEST ORANGE NJ 07052

ECOURTS